Stephanie R. Tatar (237792)
THE TATAR LAW FIRM
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff*
*Jevonna Antoinette Truesdale*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEVONNA ANTOINETTE TRUESDALE** <br><br> **Plaintiff,** <br><br> vs. <br><br> **APPFOLIO, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.** <br><br> **Defendants.** | Civil Action No. 8:16-cv-1070 <br><br> **COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT** <br><br> **DEMAND FOR JURY TRIAL** |

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against the Defendants for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

4. Plaintiff Jevonna Antoinette Truesdale is an adult individual residing in Charlotte, NC.

5. Defendant AppFolio, Inc. ("AppFolio") is a business entity that regularly conducts business in the Central District of California, and which has its headquarters and a principal place of business located at 50 Castilian Drive, Goleta, CA 93117.

6. Defendant Experian Information Solutions, Inc. ("Experian") is a business entity that regularly conducts business in the Central District of California, and which has its headquarters and a principal place of business located at 475 Anton Boulevard, Costa Mesa, CA 92626.

**FACTUAL ALLEGATIONS**

7. Defendants has been reporting derogatory and inaccurate statements about Plaintiff and Plaintiff's purported criminal history to third parties ("inaccurate information").

8. The inaccurate information includes, but is not limited to, convictions from the State of Indiana for misdemeanors and felonies for possession of a hand gun and dealing narcotics which is not against Plaintiff, but instead against another person whom Plaintiff does not know and is of no relation to Plaintiff.

9. Defendants, however, have been inaccurately reporting these convictions on Plaintiff's consumer report.

10. Defendants have been reporting the inaccurate information through the issuance of false and inaccurate consumer reports that they have disseminated and resold to various persons, both known and unknown.

2
COMPLAINT AND JURY DEMAND

11. Specifically, in or around March 2016, Plaintiff applied for and was denied for a duplex rental.

12. The basis for the denial in her attempt to obtain the duplex rental was the inaccurate information that appears on Plaintiff's consumer report which was prepared by Defendant Experian and then prepared and resold through Defendant AppFolio.

13. Defendants reported the above inaccurate information despite having knowledge and/or access to Plaintiff's name, address, social security number and date of birth, yet negligently, willfully and recklessly placed criminal record information of another person on her report anyway by following unreasonable procedures.

14. Defendants failed to follow reasonable procedures to assure the maximum possible accuracy of the information they reported about the Plaintiff.

15. As a result of Defendants' conduct, Plaintiff has suffered actual damages in the form of lost rental opportunities, harm to reputation, and emotional distress, including humiliation and embarrassment.

16. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

17. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## COUNT I

## VIOLATIONS OF THE FCRA

18. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

19. At all times pertinent hereto, Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

20. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

21. At all times pertinent hereto, the above-mentioned credit report was a "consumer report" as that term is defined by 15 U.S.C. § 1681a(d).

22. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendants are liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §1681e(b).

23. The conduct of Defendants were a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendants are liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

24. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendants, based on the following requested relief:

(a) Actual damages;

   (b) Statutory damages;

   (c) Punitive damages; and

   (d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o.

Dated: June 6, 2016

         Respectfully Submitted,

         _____
         Stephanie R. Tatar
         The Tatar Law Firm
         3500 West Olive Avenue
         Suite 300
         Burbank, CA 91505
         Telephone: (323) 744-1146
         Facsimile: (888) 778-5695