Michael A. Deshong (State Bar No. 301041)
mdeshong@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JEVONNA ANTOINETTE TRUESDALE,<br><br>Plaintiff,<br><br>v.<br><br>APPFOLIO, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 8:16-cv-01070-JVS-KES<br><br>Assigned for all purposes to:<br>Judge James V. Selna<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF JEVONNA ANTOINETTE TRUESDALE AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|

NAI-1502127955v1

STIPULATION FOR DISMISSAL
Case No. 8:16-cv-01070-JVS-KES

1    HEREBY STIPULATED by and between Plaintiff Jevonna Antoinette
2    Truesdale ("Plaintiff") and Defendant Experian Information Solutions, Inc.
3    ("Experian") that Plaintiff's claims against Experian in the above-captioned action
4    be and hereby are dismissed without prejudice pursuant to Rule 41(a)(1) of the
5    Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys'
6    fees and costs incurred herein.  All parties to the case join in this stipulation.

Dated:  October 3, 2016                JONES DAY


                                       By: */s/ Michael A. Deshong*[1]
                                           Michael A. Deshong

                                       Attorneys for Defendant
                                       EXPERIAN INFORMATION
                                       SOLUTIONS, INC.

Dated:  October 3, 2016                TATAR LAW FIRM APC


                                       By: */s/ Stephanie R. Tatar*
                                           Stephanie R. Tatar

                                       Attorneys for Plaintiff
                                       JEVONNA ANTOINETTE
                                       TRUESDALE

---

[1] Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

# **CERTIFICATE OF SERVICE**

I, Michael A. Deshong, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On October 3, 2016, I served a copy of the **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF JEVONNA ANTOINETTE TRUESDALE AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Stephanie R. Tatar<br>Tatar Law Firm APC<br>3500 West Olive Avenue, Suite 300<br>Burbank, CA  91505<br>T:  (323) 744-1146<br>F:  (888) 778-5695<br>Email:  Stephanie@TheTatarLawFirm.com<br>*Attorneys for Plaintiff* | Caitlyn M. Crisp<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067<br>T:  (310) 277-7200<br>F:  (310) 201-5219<br>Email:  ccrisp@seyfarth.com<br>*Attorneys for AppFolio Inc.* |

Executed on October 3, 2016, at Irvine, California.

*/s/ Michael A. Deshong*
Michael A. Deshong