UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVONNA ANTOINETTE TRUESDALE,<br><br>  Plaintiff,<br><br>  v.<br><br>APPFOLIO, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 8:16-cv-01070-JVS-KES<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed without prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

**IT IS SO ORDERED.**

Dated: October 04, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. 8:16-cv-01070-JVS-KES