**SEYFARTH SHAW LLP**
Candice T. Zee (SBN 227453)
czee@seyfarth.com
Caitlyn M. Crisp (SBN 294136)
ccrisp@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
APPFOLIO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVONNA ANTOINETTE TRUESDALE,<br><br>    Plaintiff,<br><br>  v.<br><br>APPFOLIO, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 8:16-cv-1070 JVS (KESx)<br><br>Honorable James V. Selna, Ctrm 10C<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7** |

///

///

///

1  **TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR**
2  **COUNSEL OF RECORD:**
3       **PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, Plaintiff Jevonna Antoinette Truesdale and Defendant AppFolio, Inc. have settled this matter and will file a Joint Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 4, no later than December 5, 2016.

DATED:  November 7, 2016            **SEYFARTH SHAW LLP**


                                    By: /s/ Caitlyn M. Crisp
                                        Candice T. Zee
                                        Caitlyn M. Crisp

                                    Attorneys for Defendant
                                    APPFOLIO, INC.