JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jevonna Antoinette Truesdale,<br><br>    Plaintiff,<br><br>    v.<br><br>AppFolio, Inc.,<br><br>    Defendant(s). | SACV 16-01070 JVS (KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   November 8, 2016

_____
James V. Selna
United States District Judge